```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 09185
   GIOVANNI DIFIORE
   LUCY DIFIORE                                CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-1580    SSN XXX-XX-4879

--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/15/08 .

     2.  The case was converted to Chapter 7 without confirmation, 08/29/2008.

     3.  The Debtor paid a total of $    895.00 .

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG            .00            .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE     NOT FILED            .00            .00
WELLS FARGO OPERATIONS  C  SECURED                  .00            .00            .00
WELLS FARGO OPERATIONS  C  MORTGAGE ARRE     NOT FILED            .00            .00
CHASE BANK USA             UNSECURED         NOT FILED            .00            .00
CITIBANK                   UNSECURED         NOT FILED            .00            .00
DISCOVER BANK              UNSECURED         NOT FILED            .00            .00
EDWARD JONES               UNSECURED         NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED         NOT FILED            .00            .00
FIA CARD SERVICES          UNSECURED         NOT FILED            .00            .00
STANLEY WEINBERG & ASSOC   UNSECURED         NOT FILED            .00            .00
GEMB                       UNSECURED         NOT FILED            .00            .00
GEMB                       UNSECURED         NOT FILED            .00            .00
NICOR GAS                  UNSECURED         NOT FILED            .00            .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID         .00          .00          .00          .00          .00
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID             .00          .00          .00          .00          .00
The Debtor's attorney, TIMOTHY P WHELAN ESQ        , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $    895.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                      /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 09185 GIOVANNI DIFIORE & LUCY DIFIORE
```